PHILLIP A. TALBERT
Acting United States Attorney
KATHERINE T. LYDON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: 916-554-2722

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:16-CR-131 MCE |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| RENE SOTELO-PADILLA, | DATE: September 1, 2016 |
| Defendant. | TIME: 10:00 a.m. COURT: Hon. Morrison C. England, Jr. |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through the defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status conference on September 1, 2016.

2.      By this stipulation, the defendant now moves to continue the status conference until September 8, 2016, and to exclude time between September 1, 2016, and September 8, 2016, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      Defense counsel is in the process of preparing with her client for the next stage in the case, which the parties expect will either be a status conference or a change of plea on September 8, 2016.

b)      Counsel for the defendant desires additional time to confer with her client and prepare with him for the potential change of plea.

c)      Counsel for the defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, consideration of potential resolutions, and consultation with her client, taking into account the exercise of due diligence.

d)      The government does not object to and joins the request for the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 1, 2016 to September 8, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  August 30, 2016

PHILLIP A. TALBERT
Acting United States Attorney

/s/ *Katherine T. Lydon*
KATHERINE T. LYDON
Assistant United States Attorney

Dated:  August 30, 2016

*/s/ Katherine T. Lydon for*
*Hannah Larabee with*
*permission*

HANNAH LARABEE
Counsel for Defendant
RENE SOTELO-PADILLA

**ORDER**

IT IS SO ORDERED.

Dated:  September 7, 2016

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE