HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Hannah_Labaree@fd.org

Attorney for Defendant
RENE SOTELO-PADILLA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00131-MCE |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING AND EXCLUDE TIME |
| vs. | |
| RENE SOTELO-PADILLA, | Date: September 29, 2016 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Hon. Morrison C. England, Jr. |

Phillip A. Talbert, Acting U.S. Attorney, through, Katherine Lydon Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Hannah Labaree, attorney for Rene Sotelo-Padilla stipulate as follows:

1. By previous order, this matter was set for a change of plea hearing on September 29, 2016.

2. By this stipulation, the defendant now moves to continue the change of plea hearing until October 20, 2016, and to exclude time between September 29, 2016, and October 20, 2016, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a. Defense counsel is in the process of preparing with her client for the next stage in the case.

Stipulation to Continue Change of Plea Hearing      -1-

    b. Counsel for the defendant desires additional time to confer with her client and prepare with him for the change of plea.

    c. Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

    d. The government does not object to and joins the request for the continuance.

    e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 29, 2016 to October 20, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

/ / /

/ / /

/ / /

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated:  September 27, 2016 | HEATHER E. WILLIAMS<br>Federal Defender |
|   | */s/ Hannah Labaree*<br>HANNAH LABAREE<br>Assistant Federal Defender<br>Attorney for Defendant |
| Dated: September 27, 2016 | PHILLIP A. TALBERT<br>Acting United States Attorney |
|   | */s/ Katherine Lydon*<br>KATHERINE LYDON<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

**ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. It specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

Time from the date the parties stipulated, up to and including October 20, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the September 29, 2016 change of plea hearing shall be continued until October 20, 2016, at 10:00 a.m.

IT IS SO ORDERED.

Dated: September 27, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE