**FILED**

**OCT 07 2016**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-131 MCE |
| Plaintiff, | ORDER FOR TEMPORARY RELEASE FROM CUSTODY |
| v. |  |
| RENE SOTELO-PADILLA, |  |
| Defendant. |  |

The Court hereby orders Mr. Sotelo-Padilla's temporary released from the United States Marshal to the custody of Investigators Charles Gillespie and Paul Mann from the Office of the Federal Defender on October 11, 2016, from 7:00 a.m. to 4:00 p.m.

Mr. Sotelo-Padilla's activity will be limited to traveling to Fresno for the viewing of his mother, Maria Isabel Sotelo Padilla and then returning to the Marshal's Office by 4:00 p.m. Mr. Sotelo-Padilla will remain in the custody of the Federal Defender investigators during the entire time of his temporary release.

DATED: October 7, 2016

_____
HON. ALLISON CLAIRE
United States Magistrate Judge