| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | HANNAH LABAREE, #294338 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA  95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710 |
| | Hannah_Labaree@fd.org |
| 5 | |
| 6 | Attorney for Defendant |
| | RENE SOTELO-PADILLA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:16-cr-131-MCE |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING AND EXCLUDE TIME |
| vs. | |
| RENE SOTELO-PADILLA, | Date: October 20, 2016 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Katherine Lydon, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Hannah R. Labaree, attorney for Rene Sotelo-Padilla, stipulate that the status conference scheduled for October 20, 2016 be vacated and continued to November 3, 2016 at 10:00 a.m.

The reasons for the continuance are that the parties are working towards a negotiated resolution of this case, but additional time is needed to investigate the facts and conduct further legal research in connection with terms of that resolution.  Further, defense counsel is awaiting documentation that is critical to advise her client on a resolution of his case.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded as of October 20, 2016 through and including November 3, 2016 pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479, Local Code T4

Stipulation to Continue Change of Plea Hearing                             -1-

based upon continuity of counsel and defense preparation.

DATED: October 18, 2016                Respectfully submitted,

                                       HEATHER E. WILLIAMS
                                       Federal Defender

                                       */s/ Hannah R. Labaree*
                                       HANNAH R. LABAREE
                                       Assistant Federal Defender
                                       Attorney for RENE SOTELO-PADILLA


DATED: October 18, 2016                PHILLIP A. TALBERT
                                       Acting United States Attorney

                                       */s/ Katherine Lydon*
                                       KATHERINE LYDON
                                       Assistant U.S. Attorney
                                       Attorney for Plaintiff

Stipulation to Continue Change of Plea Hearing      -2-

**ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. It specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

Time from the date the parties stipulated, up to and including November 3, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the October 20, 2016 change of plea hearing shall be continued until November 3, 2016, at 10:00 a.m.

IT IS SO ORDERED.

Dated: October 19, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE