1

2

3

HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Hannah_Labaree@fd.org

4

5

6

7

Attorney for Defendant
RENE SOTELO-PADILLA

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12

13

14

15

16

| UNITED STATES OF AMERICA, | ) | Case No.  2:16-cr-131-MCE |
| | ) | |
| Plaintiff, | ) | AMENDED STIPULATION AND ORDER TO |
| | ) | VACATE CHANGE OF PLEA HEARING; SET |
| vs. | ) | A STATUS CONFERENCE HEARING AND |
| | ) | EXCLUDE TIME |
| RENE SOTELO-PADILLA, | ) | |
| | ) | Date: November 3, 2016 |
| Defendant. | ) | Time: 10:00 a.m. |
| | ) | Judge: Hon. Morrison C. England, Jr. |
| | ) | |

17

18

19

20

21

        IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Katherine Lydon, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Hannah R. Labaree, attorney for Rene Sotelo-Padilla, stipulate that the change of plea scheduled for November 3, 2016 be vacated and a status conference be set for December 7, 2016 at 10:00 a.m.

22

23

24

        The reasons for the continuance are that the parties are working towards a negotiated resolution of this case, but additional time is needed to investigate the facts and conduct further legal research in connection with terms of that resolution.

25

26

27

28

        Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded as of November 1, 2016 through and including December 7, 2016 pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Stipulation to Continue Change of Plea Hearing                    -1-

1    DATED: November 1, 2016              Respectfully submitted,

2                                         HEATHER E. WILLIAMS
                                          Federal Defender
3
                                          /s/ Hannah R. Labaree
4                                         HANNAH R. LABAREE
                                          Assistant Federal Defender
5                                         Attorney for RENE SOTELO-PADILLA

6

7    DATED: November 1, 2016              PHILLIP A. TALBERT
                                          Acting United States Attorney
8
                                          /s/ Katherine Lydon
9                                         KATHERINE LYDON
                                          Assistant U.S. Attorney
10                                        Attorney for Plaintiff

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Continue Change of Plea Hearing          -2-

1

## ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order.  It specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court further finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

Time from the date the parties stipulated, up to and including December 7, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the November 3, 2016 change of plea shall be vacated and a status conference set for December 7, 2016, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  November 3, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE