HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
RENE SOTELO-PADILLA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>RENE SOTELO-PADILLA,<br><br>　　　　　Defendant. | Case No. 2:16-cr-131 MCE<br><br>**AMENDED STIPULATED AND ORDER TO VACATE STATUS HEARING AND SET CHANGE OF PLEA AND SENTENCING HEARINGS**<br><br>Date:   December 7, 2016<br>Time:   10:00 a.m.<br>Judge:  Hon. Morrison C. England, Jr. |

　　　IT IS HEREBY STIPULATED by and between Acting United States Attorney, Phillip A. Talbert, through Katherine T. Lydon, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Hannah R. Labaree, attorney for Rene Sotelo-Padilla that the December 7, 2016 status hearing be vacated. The parties additionally request a change of plea hearing on November 17, 2016 and a sentencing hearing on December 7, 2016.  The sentencing memoranda will be due on or before November 30, 2016.

　　　Mr. Sotelo-Padilla will be entering an open plea on November 17, 2016. A pre-plea presentence investigation report was provided by the United States Probation Office on August 25, 2016, and an updated copy will be provided to the court at the change of plea hearing. Mr. Sotelo-Padilla will file under separate

1  cover a waiver of a full pre-sentence investigation pursuant to Federal Rule of
2  Criminal Procedure 32(e)(1) and 32(e)(2), to allow for the expedited schedule
3  proposed herein.

5  DATED:  November 14, 2016        Respectfully submitted,

7                                   HEATHER E. WILLIAMS
                                    Federal Defender

9                                   /s/ *Hannah R. Labaree*
                                    HANNAH R. LABAREE
10                                  Assistant Federal Defender
                                    Attorney for Defendant
11                                  RENE SOTELO-PADILLA

13 DATED:  November 14, 2016        PHILLIP A. TALBERT
                                    Acting United States Attorney

15                                  /s/ *Katherine Lydon*
                                    KATHERINE LYDON
16                                  Assistant U.S. Attorney
                                    Attorney for Plaintiff

Stipulation to Vacate the Status Conference
And Set Change of Plea and Sentencing Hearings        2

ORDER

The Court ORDERS the December 7, 2016 status hearing be VACATED. It further orders a change of plea hearing be set on November 17, 2016 and a sentencing hearing be set on November 21, 2016. Any sentencing memoranda shall be due one week prior to sentencing, on or before 10:00 a.m. on Friday November 18, 2016.

IT IS SO ORDERED.

Dated: November 22, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE